ENTER JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 31 2009

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSE M. GONZALEZ, et al., ) | Case No. CV 07-6248-CBM (MLG) |
|     Plaintiff, ) | JUDGMENT |
|     v. ) | |
| STEPHEN MAYBERG, et al., ) | |
|     Defendants. ) | |

IT IS ADJUDGED that the action herein is dismissed as to all defendants with prejudice.

Dated: 7/30/09

_____
Consuelo B. Marshall
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY